UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ASSOCIATION OF FLIGHT ATTENDANTS -CWA, AFL-CIO, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 1:05-cv-01850-RCL |
| ELAINE L. CHAO, SECRETARY, U.S. DEPARTMENT OF LABOR, et al., | ) ) ) | |
| Defendants. | ) ) ) | |

## Notice of Appearance

PLEASE TAKE NOTICE that Carlotta P. Wells hereby appears as counsel of record for Defendants. All pleadings, correspondence, and other papers should be served upon Defendants at the following address:

>Carlotta P. Wells
>Senior Counsel
>Federal Programs Branch
>Civil Division
>U. S. Department of Justice
>P.O. Box 883
>Washington, D.C. 20044
>Email: carlotta.wells@usdoj.gov

Ms. Wells can be reached by telephone at (202) 514-4522. Faxes may be sent to (202) 318-4303 or 616-8470.

Dated: November 22, 2005

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTAIN.
United States Attorney

_____/s/_____
SANDRA M. SCHRAIBMAN
CARLOTTA P. WELLS
U.S. Department of Justice
P.O. Box 883
Washington, D.C. 20044
(202) 514-4522 (telephone)
(202) 318-4303 (facsimile)

Counsel for Defendants