UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ASSOCIATION OF FLIGHT                )
ATTENDANTS -CWA, AFL-CIO,   et al.,  )
                                     )
    Plaintiffs,  )
                                     )
    v.           )        Case No. 1:05-cv-01850-RCL
                                     )
ELAINE L. CHAO, SECRETARY,           )
U.S. DEPARTMENT OF LABOR, et al.,    )
                                     )
    Defendants.  )
_____)

### DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT

For the reasons set forth below, defendants hereby respectfully move for a 45-day extension of time, to and including January 12, 2006, in which to file the agencies' response to plaintiffs' complaint.

1. This action was filed on September 19, 2005 and the United States Attorney's Office was served on September 27, 2005. The defendants' response to plaintiffs' complaint is currently due on November 28, 2005. No previous extensions have been sought.

2. Carlotta Wells is the attorney in the Civil Division of the Department of Justice with primary responsibility for representing defendant in this case. The requested extension is necessary in light of a number of deadlines and commitments in several other cases and matters to which Ms. Wells is assigned.

3. In a telephone conversation on November 21, 2005, plaintiffs' counsel Edward Gilmartin advised undersigned counsel that he does not oppose an extension of time, to and including January 12, 2006.

## <u>CONCLUSION</u>

For the foregoing reasons, the Court should grant the defendants' motion for an extension of time, to and including January 12, 2006, in which to file defendants' response to plaintiffs' complaint.

Dated: November 22, 2005                 Respectfully submitted,

                                         PETER D. KEISLER
                                          Assistant Attorney General

                                          KENNETH L. WAINSTEIN
                                          United States Attorney

                                         _____/s/_____
                                         SANDRA M. SCHRAIBMAN, DC Bar No. 188599
                                         CARLOTTA P. WELLS
                                         U.S. Department of Justice
                                         P.O. Box 883
                                         Washington, D.C. 20044
                                         (202) 514-4522 (telephone)
                                         (202) 616-8470 (facsimile)

                                         Counsel for Defendant