UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ASSOCIATION OF FLIGHT ATTENDANTS -CWA, AFL-CIO, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 1:05-cv-01850-RCL |
| ELAINE L. CHAO, SECRETARY, U.S. DEPARTMENT OF LABOR, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

**PROPOSED ORDER**

Upon consideration of defendants' Unopposed Motion for an Extension of Time to Answer or Otherwise Respond to Plaintiffs' Complaint, it is hereby

ORDERED that the time for defendants to file the answer or otherwise respond to plaintiffs' Complaint is extended to and including January 12, 2006.

_____          _____
Date                                                     ROYCE C. LAMBERTH
                                                              U.S. DISTRICT JUDGE