# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

**ASSOCIATION OF FLIGHT** )
**ATTENDANTS - CWA, AFL-CIO,** )
**et. al.,** )
  )
    **Plaintiffs,** )
  )
    **v.** )      **Civil Action No. 05-1850 (RCL)**
  )
**ELAINE L. CHAO, SECRETARY,** )
**U.S. DEPARTMENT OF LABOR, et al.,** )
  )
    **Defendants.** )
_____)

## ORDER

Upon consideration of Defendants' Unopposed Motion [3] for an Extension of Time to Answer or otherwise respond to Plaintiffs' Complaint, it is hereby

ORDERED that the Defendants' motion [3] is GRANTED; and it is further

ORDERED that Defendants shall have until January 21, 2006, to file an answer or otherwise respond to Plaintiffs' Complaint.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, November 22, 2005.