UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF FLIGHT ATTENDANTS -CWA, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ELAINE L. CHAO, SECRETARY, U.S. DEPARTMENT OF LABOR, et al.,<br><br>Defendants. | Case No. 1:05-cv-01850-RCL |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

Defendants hereby move to dismiss plaintiffs' Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1), for lack of justiciability and lack of jurisdiction, and 12(b)(6), for failure to state a claim. The reasons in support of this motion are set forth in the accompanying Memorandum of Points and Authorities.

Dated: January 23, 2006

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

_____/s/_____
SANDRA M. SCHRAIBMAN, DC Bar No. 188599
RICHARD G. LEPLEY, DC Bar No. 332346
CARLOTTA P. WELLS
U.S. Department of Justice
P.O. Box 883
Washington, D.C. 20044
(202) 514-4522 (telephone)
(202) 616-8470 (facsimile)

Attorney for Defendants

Case 1:05-cv-01850-RCL    Document 5    Filed 01/23/2006    Page 2 of 2