UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ASSOCIATION OF FLIGHT ATTENDANTS -CWA, AFL-CIO, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 1:05-cv-01850-RCL |
| ELAINE L. CHAO, SECRETARY, U.S. DEPARTMENT OF LABOR, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

**PROPOSED ORDER**

Upon Defendants' Motion to Dismiss, it is hereby

ORDERED that Defendants' motion is hereby GRANTED.

Date: _____, 2006

_____
Royce C. Lamberth
United States District Judge