CWA, AFL-CIO, et al.,                              )