THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF FLIGHT ATTENDANTS - CWA, AFL-CIO, et al., </br></br> Plaintiffs, </br></br> v. </br></br> ELAINE L. CHAO and MARION BLAKEY, </br></br> Defendants. | Case No. 1:05-civ-01850-RCL |

**PROPOSED ORDER**

_____ Upon consideration of plaintiffs' Unopposed Motion for an Extension of Time to File an Opposition to Defendants' Motion to Dismiss, it is hereby

ORDERED that the time for plaintiffs to file its opposition to defendants' Motion to Dismiss is extended to and including March 8, 2006.

_____        _____
Date                                                                    ROYCE C. LAMBERTH
                                                                              U.S. DISTRICT JUDGE