THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF FLIGHT ATTENDANTS - CWA, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ELAINE L. CHAO and MARION BLAKEY, <br><br> Defendants. | Case No. 1:05-civ-01850-RCL |

**PLAINTIFFS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME
TO FILE AN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Plaintiffs, the Association of Flight Attendants -CWA, AFL-CIO ("AFA") and the Transportation Trades Department ("TTD") respectfully move this Court for a 30-day extension of time, up to and including March 8, 2006, in which to file its opposition to the Defendants' Motion to Dismiss. In support of this motion, plaintiffs submit the following:

1. Plaintiffs filed this action on September 19, 2005. After being granted an extension of time by this Court, Defendants filed its pending motion to dismiss the complaint on January 23, 2006. Plaintiff's response is due on February 6, 2006.

2. Lead counsel for plaintiffs, Edward J. Gilmartin, is currently engaged in several other litigation matters including a pending preliminary injunction in a case titled *AFA v. Spirit Airlines,* Case No. 06-60061 (S.D. Fla.), and is preparing another case for preliminary injunction in federal court in Seattle. As a result plaintiffs need additional time to adequately respond to the defendants' dispositive motion.

3. Defendants' lead counsel, Carlotta Wells, has advised plaintiffs' counsel, Edward Gilmartin in a telephone conversation on February 3, 2006, that defendants do not oppose an extension of time to and including March 8, 2006.

## CONCLUSION

Based upon the foregoing, the Court should grant plaintiffs' motion for an extension of time, to and including March 8, 2006, in which to file plaintiffs' opposition to defendants' motion to dismiss.

Dated: February 3, 2006                              Respectfully submitted,


  /s/
Edward J. Gilmartin, D.C. Bar No. 388361
Deirdre Hamilton, D.C. Bar No. 472334
ASSOCIATION OF FLIGHT
   ATTENDANTS-CWA, AFL-CIO
501 Third Street, N.W., 9th Floor
Washington, DC  20001-2797
(202) 434-0577


Larry I. Willis, D.C. Bar No. 458152
General Counsel
TRANSPORTATION TRADES
DEPARTMENT, AFL-CIO
888 16TH Street, N.W.,  Suite 650
Washington, D.C.  20009
202) 628-9262

Attorneys for Plaintiffs