UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ASSOCIATION OF FLIGHT ATTENDANTS - CWA, AFL-CIO, et. al.,** ) ) ) ) | |
| **Plaintiffs,** ) ) | |
| v. ) ) | Civil Action No. 05-1850 (RCL) |
| **ELAINE L. CHAO, SECRETARY, U.S. DEPARTMENT OF LABOR, et al.,** ) ) ) | |
| **Defendants.** ) ) | |

### ORDER

Upon consideration of Plaintiffs' Unopposed Motion [7] for an Extension of Time file an opposition to Defendants' Motion to Dismiss, it is hereby

ORDERED that the Plaintiffs' motion [7] is GRANTED; and it is further

ORDERED that Plaintiffs shall have until March 8, 2006, to file an opposition to Defendants' Motion to Dismiss.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, February 3, 2006.