UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF FLIGHT ATTENDANTS - CWA, AFL-CIO, et. al., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Civil Action No. 05-1850 (RCL) |
| ELAINE L. CHAO, SECRETARY, U.S. DEPARTMENT OF LABOR, et al., | ) ) ) |
| Defendants. | ) ) |

**ORDER**

Upon consideration of Defendants' Motion [5] to Dismiss, the opposition thereto, the reply brief, the applicable law, and the entire record herein, it is hereby, for the reasons stated in the accompanying Memorandum Opinion,

ORDERED that Defendants' Motion [5] to Dismiss is GRANTED, and this case is hereby dismissed.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, May 22, 2006.