THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF FLIGHT ATTENDANTS - CWA, AFL-CIO, et al., )<br><br>Plaintiffs, )<br><br>v. )<br><br>ELAINE L. CHAO and MARION BLAKEY, )<br><br>Defendants. ) | Case No. 1:05-cv-01850-RCL |

## NOTICE OF APPEAL

Pursuant to Rule 3(a)(1) of the Federal Rules of Appellate Procedures, Plaintiffs, the Association of Flight Attendants-CWA, AFL-CIO, and the Transportation Trades Department, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the order and final judgment dismissing the complaint that was entered in this action on May 22, 2006.

**DATED** this 21st day of June, 2006.

Respectfully submitted,

_____

Edward J. Gilmartin, D.C. Bar No. 388361
Deirdre Hamilton, D.C. Bar No. 472334
ASSOCIATION OF FLIGHT
  ATTENDANTS-CWA, AFL-CIO
501 Third Street, N.W., 9th Floor
Washington, DC  20001-2797
(202) 434-0577

**RECEIVED**

JUN 2 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



_____
Larry I. Willis, D.C. Bar No. 458152
General Counsel
TRANSPORTATION TRADES
DEPARTMENT, AFL-CIO
888 16TH Street, N.W.,  Suite 650
Washington, D.C.  20009
(202) 628-9262

```
  CHECK TENDERED $            $455.00
        455.00
  ===== T O T A L ======
         200.00
  086900   FILING FEE  CIVIL
  CASE # 05-1850
         255.00
  086900   FILING FEE  CIVIL
  CASE # 05-1850
  =====NO REFUND WITHOUT RECEIPT=====
   DC  1-2 FORREST      Receipt # 136312
   06/21/06                   1:02:06 PM
            WASHINGTON D.C.
      U.S. DISTRICT COURT
```

## CERTIFICATE OF SERVICE

I, Edward J. Gilmartin, hereby certify that a true and correct copy of the foregoing Notice of Appeal was sent by first-class mail, postage prepaid, on this 21st day of June, 2006, to counsel of record for Defendants Elaine L. Chao and Marion Blakey at the following address:

        Carlotta Poter Wells
        U.S. Department of Justice
        20 Massachusetts Avenue, N.W.
        Washington, D.C. 20530

                                  _____
                                  Edward J. Gilmartin