# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 06-5190**                                        **September Term, 2006**

ASSOCIATION OF FLIGHT ATTENDANTS-CWA, AFL-CIO AND
TRANSPORTATION TRADES DEPARTMENT, AFL-CIO,
            APPELLANTS

v.

ELAINE L. CHAO,
UNITED STATES SECRETARY OF LABOR AND
MARION C. BLAKEY, ADMINISTRATOR, FEDERAL AVIATION ADMINISTRATION,
            APPELLEES

*UNITED STATES COURT OF APPEALS*
*FOR DISTRICT OF COLUMBIA CIRCUIT*
*FILED JUN 29 2007*
*CLERK*

---

Appeal from the United States District Court
for the District of Columbia
(No. 05cv01850)

---

Before: SENTELLE, RANDOLPH and ROGERS, *Circuit Judges*.

*FILED AUG 31 2007 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT*

### JUDGMENT

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause is hereby affirmed, in accordance with the opinion of the court filed herein this date.

### Per Curiam

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 8/24/9
BY: [signature]
ATTACHED: __ Amending Order
__ Opinion
__ Order on Costs

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: [signature]

Michael C. McGrail
Deputy Clerk

Date: June 29, 2007

Opinion for the court filed by Circuit Judge Sentelle.

A True copy:
United States Court of Appeals
for the District of Columbia Circuit
By: [signature] Deputy Clerk